# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 08 0566

FILED
AUG 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

PJH

*E-filing*

JUAN CARLOS VERDUSCO-MACIAS,
a/k/a Juan Carlos Verdusco,
a/k/a Juan Macias Verdusco,
a/k/a Juan Carlos Verusco,
a/k/a Juan Verdusco,
a/k/a Juan C. Macias,
a/k/a Juan Verdusco Macias.

DEFENDANT(S).

---

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

_INDICT_
A true bill.

_____
Foreman

Filed in open court this __21__ day of _AUGUST_
_2008_

_____
Clerk

Bail, $ _No process_

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

--- OFFENSE CHARGED ---

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien after Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S ---

▶ JUAN CARLOS VERDUSCO-MACIAS

DISTRICT COURT NUMBER
CR 08    0566

DTH
PJH

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)

Agent Emmanuel V. Acala, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-08-70522 BZ

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Katherine B. Dowling

--- DEFENDANT ---

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction    ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year    8/1/2008

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

*FILED*
*AUG 21 2008*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08 0566 PJH |
| Plaintiff, ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. ) | |
| JUAN CARLOS VERDUSCO-MACIAS, ) a/k/a Juan Carlos Verdusco, ) a/k/a Juan Macias Verdusco, ) a/k/a Juan Carlos Verusco, ) a/k/a Juan Verdusco ) a/k/a Juan C. Macias ) a/k/a Juan Verdusco Macias ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about January 15, 2003, March 22, 2004, June 7, 2005, September 25, 2006, January 25, 2007 the defendant,

JUAN CARLOS VERDUSCO-MACIAS,
a/k/a Juan Carlos Verdusco,
a/k/a Juan Macias Verdusco,
a/k/a Juan Carlos Verusco,
a/k/a Juan Verdusco
a/k/a Juan C. Macias
a/k/a Juan Verdusco Macias

INDICTMENT                    1

1  an alien, was excluded, deported and removed from the United States, and knowingly and
2  voluntarily reentered the United States and, thereafter, on or about November 21, 2007, was found
3  in the Northern District of California, the Attorney General of the United States and the Secretary
4  for Homeland Security not having expressly consented to a re-application by the defendant for
5  admission into the United States. It is further alleged that defendant was removed subsequent to
6  the date of conviction for an aggravated felony. All in violation of Title 8 U.S.C. §1326.
7
8  DATED:                                          A TRUE BILL.
9   8-21-08
10
                                                  /s/ Foreperson
11 JOSEPH P. RUSSONIELLO                          FOREPERSON
   United States Attorney
12
13
14 KYLE WALDINGER
   Deputy Chief, Major Crimes Division
15
16 (Approved as to form: _____ )
                         AUSA DOWLING
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                              2