JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-6833
    Facsimile:     (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0566 PJH |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| JUAN CARLOS VERDUSCO-MACIAS, ) | |
|     Defendant. ) | |

    On August 22, 2008, the parties appeared before the Court for arraignment on the indictment. The Court set September 10, 2008 for trial setting. The Court agreed to exclude all time under the Speedy Trial Act between August 22, 2008 and September 10, 2008 for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

1  SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


5  DATED: August 22, 2008           /s/
                                    KATHERINE B. DOWLING
                                    Assistant United States Attorney


8  DATED: August 22, 2008           /s/
                                    JODI LINKER
                                    Attorney for Defendant


11     Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from August 22, 2008 through September 10, 2008, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

17  SO ORDERED.

19  DATED:_____            _____
                                    MAGISTRATE JUDGE JOSEPH C. SPERO
                                    United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0566 PJH                                                                              2