1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant VERDUSCO-MACIAS
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,         )   No. CR-08-0566 PJH
                                     )
11         Plaintiff,                )   STIPULATION AND [~~PROPOSED~~]
                                     )   ORDER TO CONTINUE CHANGE OF
12     v.                            )   PLEA HEARING
                                     )
13 JUAN CARLOS VERDUSCO-MACIAS,      )
                                     )
14         Defendant.                )
                                     )
15 _____ )

16     On September 10, 2008, the parties informed the Court that the above-captioned case

17 would most likely result in a fast track disposition. At the parties request, therefore, the Court

18 referred the matter to the probation office for the completion of a modified presentence report.

19 The Court also scheduled a change of plea hearing for October 1, 2008, and a sentencing hearing

20 for November 5, 2008. At the request of defense counsel, the change of plea hearing was re-

21 scheduled for October 29, 2008 because defense counsel was in trial on October 1st. The date for

22 the sentencing hearing, however, was not continued.

23 ///

24 ///

25 ///

26 ///

CR-08-0566 PJH;
STIP & [PROPOSED] ORD. TO CONTINUE          1

1   Because both parties agree that it would be a more efficient use of the Court's time to
2   schedule the change of plea hearing and sentencing hearing for the same appearance, the parties
3   now jointly stipulate to continue the change of plea hearing in this matter to November 5, 2008
4   at 1:30 pm.  The parties stipulate that the sentencing should also occur at that time.

5   IT IS SO STIPULATED.

7   October 23, 2008                                   /s/
    DATED                                              KATHERINE B. DOWLING
8                                                      Assistant United States Attorney

11  October 23, 2008                                   /s/
    DATED                                              JODI LINKER
                                                       Assistant Federal Public Defender

14  IT IS SO ORDERED.

16  10/27/08
    DATED                                              PHYLLIS J. HAMILTON
17                                                     United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*